

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-18-00069-CV

**IN THE INTEREST OF S.M.G., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01207
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 4, 2018.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court